"FILED"

R. TODD NEILSON
NEILSON ELGGREN LLP
10100 SANTA MONICA BLVD
SUITE 410
LOS ANGELES, CA 90067
Telephone: (310) 282-9911

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

**FILED**
**JUL 20 2004**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

In re:

GLICKMAN, MICHAEL RICHARD

Debtor(s)

Case No. LA90-13893 A

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $82,334.96. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | AVCO LEASING SERVICES<br>3349 MICHELSON DR., POD E. FOURTH FLOOR<br>IRVINE, CA 927151606 | 1,228.24 | 1,228.24 |
| 102 | RAE TEED<br>5425 ZELZAH AVE. #8,<br>ENCINO, CA 913162235 | 395.00 | 395.00 |
| I | EMPLOYMENT DEVELOPMENT DEPT<br>P.O. BOX 54567,<br>LOS ANGELES, CA 90054-0567, | 27.12 | 27.12 |
| 35 | TETRA TECH DATA SYSTEMS INC.<br>9645 SCRANTON ROAD,<br>SAN DIEGO, CA 921211761 | 5,166.00 | 5,166.00 |
| 35I | TETRA TECH DATA SYSTEMS INC.<br>9645 SCRANTON ROAD,<br>SAN DIEGO, CA 921211761 | 5,884.84 | 5,884.84 |

ORIGINAL

| | | | |
|---|---|---:|---:|
| 61 | RITA L. HEFT<br>5515 PENFIELD #121,<br>WOODLAND HILLS, CA 913642516 | 231.00 | 231.00 |
| 61I | RITA L. HEFT<br>5515 PENFIELD #121,<br>WOODLAND HILLS, CA 913642516 | 263.14 | 263.14 |
| 102I | RAE TEED<br>5425 ZELZAH AVE. #8,<br>ENCINO, CA 913162235 | 449.96 | 449.96 |
| 139 | EVER-READY ELECTRIC<br>C/O DAVID A. GILL, CHAPTER 7 TRUSTEE, 2029 CENTURY PARK EAST STE 1900<br>LOS ANGELES, CA 90067 | 408.38 | 408.38 |
| 139I | EVER-READY ELECTRIC<br>C/O DAVID A. GILL, CHAPTER 7 TRUSTEE, 2029 CENTURY PARK EAST STE 1900<br>LOS ANGELES, CA 90067 | 465.21 | 465.21 |
| 119 | AMERICAN BANKERS INS CO OF FLORIDA<br>C/O PETERSON & ROSS<br>333 SOUTH GRAND AVE, STE 1600<br>LOS ANGELES, CA 90071-1520 | 2016.27 | 2016.27 |
| 119I | AMERICAN BANKERS INS CO OF FLORIDA<br>C/O PETERSON & ROSS<br>333 SOUTH GRAND AVE, STE 1600<br>LOS ANGELES, CA 90071-1520 | 2296.83 | 2296.83 |
| 57 | MORLEE DISPLAY ADVERTISING<br>10847 BURBANK BOULEVARD<br>N. HOLLYWOOD, CA 91601 | 29,686.09 | 29,686.09 |
| 57I | MORLEE DISPLAY ADVERTISING<br>10847 BURBANK BOULEVARD<br>N. HOLLYWOOD, CA 91601 | 33,816.88 | 33,816.88 |

Total Unclaimed Dividends   $82,334.96

Dated: July 14, 2004

R. TODD NEILSON, TRUSTEE