**FILED** SEP 26 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**ENTERED** SEP 27 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) <br> MICHAEL RICHARD GLICKMAN) <br> ) <br> ) <br> ) <br> ) <br> Debtor (s)   ) <br> ) | Bk. No. LA90-13893AA <br><br> ORDER DENYING REQUEST FOR <br> RELEASE OF UNCLAIMED FUNDS <br> (28 U.S.C. Section 2042, <br> Bankruptcy Rule 9013, <br> Bankruptcy Local Rule 3011-1) |

On September 7, 2005 DEE SIGN CO. for MORLEE DISPLAY ADVERTISING c/o Dilks & Knopik, LLC filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

_____ 6. The name on the corporate seal does not match the name listed on the claim.

_____ 7. An original power of attorney was not submitted.

_____ 8. The Proof of Service has not been completed.

_____ 9. The Proof of Service is incomplete. The following is missing:

_____

✓ 10. There are ~~no sufficient~~ insufficient AmA supporting documents showing the claimant to be the successor-in-interest to the funds claimed, including the exact relationship between the claimant and Movee display advertising. AmA

_____ 11. There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____ 12. The documents supporting the claim have not been certified.

_____ 13. Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____ 14. Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____ 15. Fund locator submitting this claim has failed to register with this court.

_____ 16. No proof of identification provided (driver's license/passport).

_____ 17. Other:

_____           9/26/05
United States Bankruptcy Judge            Date
JUST - REV1004